JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDIA BELTRAN, <br><br>　　　　　Petitioner, <br><br>　v. <br><br>ELISEO RICOLCOL, Warden, <br><br>　　　　　Respondent. | Case No. 5:24-cv-02311-FLA (RAO) <br><br>**JUDGMENT** |

　　Pursuant to the court's Order Summarily Dismissing Petition, IT IS ordered and adjudged that this action is DISMISSED without prejudice.

　　IT IS SO ORDERED.

Dated: February 18, 2025

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　FERNANDO L. AENLLE-ROCHA
　　　　　　　　　　　　　　　　　　　　United States District Judge